*E-Filed 6/21/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY WAYNE ROAM, | No. C 08-5528 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BEN CURRY, et al., | |
| Defendants. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff's complaint was dismissed with leave to amend. Plaintiff's amended complaint was due June 16, 2010. Plaintiff still has not filed an amended complaint. Accordingly, the action is DISMISSED without prejudice.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: June 21, 2010

RICHARD SEEBORG
United States District Judge